

# NUMBER 13-22-00276-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CHRISTOPHER ALLEN SPENCER, Appellant,

v.

THE STATE OF TEXAS, Appellee.

---

### On appeal from the 36th District Court of Aransas County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

Appellant Christopher Allen Spencer attempts to appeal a conviction for the third-degree felony offense of possession of methamphetamine in trial court cause number A-14-5061-CR in the 36th District Court of Aransas County, Texas. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115. The trial court has certified that "this criminal case . . . is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P.

25.2(a)(2). On July 27, 2022, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification. On August 29, 2022, counsel filed a letter brief advising the Court that, based on the record and applicable law, appellant does not have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3, 44.4; *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Pena v. State*, 323 S.W.3d 522, 525–27 (Tex. App.—Corpus Christi–Edinburg 2010, no pet.); *Ernst v. State*, 159 S.W.3d 668, 670 (Tex. App.—Corpus Christi–Edinburg 2005, no pet.). Accordingly, we dismiss this appeal for lack of jurisdiction.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
8th day of September, 2022.

2